UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIELLE FISHER,

        Plaintiff,

    v.

DIGITALOCEAN, LLC,

        Defendant.

Case No. 25-cv-02515-SK

**ORDER ON MOTIONS TO EXTEND DEADLINES**

Regarding Docket Nos. 161, 162

On Sunday, June 7, 2026, Plaintiff filed two motions she captioned as "emergency" motions to extend her deadlines to respond to discovery requests. The Court GRANTS these two motions and CONTINUES her deadline to provide the documents responsive to Defendant's discovery requests to June 30, 2026. However, Plaintiff is admonished that she is required to comply with the Northern District Civil Local Rules for filing motions. In addition, any administrative motion to extend deadlines should be filed, if possible, in advance of the deadline to provide the other party with sufficient time to respond under the Local Rules and the Court with time to review and address the motion.

    **IT IS SO ORDERED**.

Dated: June 8, 2026

SALLIE KIM
United States Magistrate Judge