UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIELLE FISHER,

        Plaintiff,

    v.

DIGITALOCEAN, LLC,

        Defendant.

Case No. 25-cv-02515-SK

**ORDER ON DISCOVERY DISPUTE REGARDING REQUESTED PROTECTIVE ORDER**

Regarding Docket No. 158

Now before the Court is the discovery dispute between the parties regarding Plaintiff's request for a protective order placing limits on the number of discovery requests that Defendant can issue. The Court DENIES the motion. Plaintiff does not meet her burden to show that Defendant's discovery requests are oppressive and instead merely argues that Defendant should have the same restrictions that the Court placed on Plaintiff. Defendant has issued only a few requests for admission and interrogatories. The Court does note, though, that Defendant has issued over 100 requests for production of documents to Plaintiff, and the Court does not favor Defendant's issuing more at this stage of the litigation unless there is good cause.

**IT IS SO ORDERED**.

Dated: June 8, 2026

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California